THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HENRY VANABLE, a/k/a GEORGE MATTOX, Defendant-Appellant.

(No. 56348; )

First District (1st Division)—April 30, 1973.

Opinion by Mr. PRESIDING JUSTICE BURKE.

James J. Doherty, Public Defender, of Chicago, (Ronald P. Katz, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Albert A. Stroka, Assistant State's Attorneys, of counsel,) for the People.